ACCEPTED
01-15-00139-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 2:20:29 PM
CHRISTOPHER PRINE
CLERK

FIRST COURT OF APPEALS,
TEXAS

Lature Robert IRVIN, Appellant,
v.
THE STATE OF TEXAS, Appellee.

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/28/2015 2:20:29 PM

CHRISTOPHER A. PRINE
Clerk

No. 01-15-00139CR

Appeal from the 263rd District Court
at Harris County, Texas
Cause No. 1282104

## APPELLANT'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Appellant, LATURE IRVIN, through undersigned counsel and hereby moves this Honorable Court for the substitution of the law firm BROWNSTONE, P.A., and attorney Robert L. Sirianni, Jr., in the place and stead, Kurt B. Wentz, Esq. as counsel of record in this case. In support, Mr. Irvin states:

1. Mr. Wentz was appointed to represent Mr. Irvin in this appeal.

2. Recently, Mr. Irvin retained the law firm Brownstone, P.A. to represent him on appeal.

3. In light of Mr. Irvin's desire to proceed under the representation of retained counsel, the undersigned attorney now respectfully request that this Court substitute the law firm BROWNSTONE, P.A., and attorney Robert L. Sirianni, Jr., in the place and stead of Mr. Wentz as counsel of record for Mr. Irvin.

4. This substitution is sought with the knowledge and consent of Mr. Irvin.

1

WHEREFORE the Appellant, LATURE IRVIN, respectfully requests that this Court substitute the law firm of Brownstone, P.A., and attorney Robert L. Sirianni, Jr., in the place and stead of attorney Kurt B. Wentz as counsel of record.

DATED this 17h day of July, 2015.

/s/Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esq.
Texas Bar No. 24086378
Law Office of Robert L. Sirianni, Jr.
201 North New York Ave., Suite 200
Winter Park, FL 32789
Telephone: (407) 388-1900
Facsimile:  (407) 622-1511
Email: robertsirianni@brownstonelaw.com
Attorney for Appellant

/s/ Kurt B. Wentz
Kurt B. Wentz, Esq.
Texas Bar No. 21179300
5629 Cypress Creek Parkway
Suite 115
Houston, TX 77069
Telephone: (281) 587-0088
Email: kbsawentz@yahoo.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esq.